1   J. EDWARD BROOKS, State Bar No. 247767
    GAVRILOV & BROOKS
2   2315 Capitol Avenue
    Sacramento, CA 95816
3   Telephone:    (916) 504-0529
    Facsimile:    (916) 473-5870
4   ebrooks@gavrilovlaw.com

5   Attorneys for Defendant
    CRISANTO HERNANDEZ-UTRERA

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,              Case No. 2:16-cr-00158-TLN

13           Plaintiff,                    STIPULATION AND ORDER CONTINUING
                                           CASE AND EXCLUDING TIME
14      v.

15  CRISANTO HERNANDEZ-UTRERA              Date:    October 6, 2016
                                           Time:    9:30 a.m.
16          Defendant.                     Judge:   Hon. Troy L. Nunley

17

18

19        IT IS HEREBY stipulated between the United States of America through its undersigned

20  counsel, Timothy H. Delgado, Assistant United States Attorney, attorney for plaintiff, and J. Edward

21  Brooks, attorney for defendant Crisanto Hernandez-Utrera, that the previously-scheduled status

22  conference, currently set for October 6, 2016, be vacated and that the matter be set for status

23  conference on November 3, 2016 at 9:30 a.m.

24        Counsel have conferred and this continuance is requested to allow recently retained counsel

25  for Mr. Hernandez-Utrera to fully review the discovery, review the plea offer with defendant and to

26  comprehensively evaluate the case. This should be done within the next month.

27        IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a

28  continuance outweigh the best interests of the public and the defendant in a speedy trial and that time

                                         1.

1  within which the trial of this case must be commenced under the Speedy Trial Act should therefore

2  be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow

3  defense counsel time to prepare) from the date of the parties' stipulation, October 3 2016, up to and

4  including November 3, 2016.

5  IT IS SO STIPULATED.

6  Dated: October 3, 2016                                    PHILLIP A. TALBERT
                                                             UNITED STATES ATTORNEY
7

8                                                    by:     /s/ Timothy H. Delgado
                                                             TIMOTHY H. DELGADO
9                                                            Assistant U.S. Attorney
                                                             Attorney for Plaintiff
10

11  Dated: October 3, 2016                                   /s/ J. Edward Brooks
                                                             J. EDWARD BROOKS
12                                                           Attorney for Defendant
                                                             CRISANTO HERNANDEZ-UTRERA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                              **ORDER**

3          The Stipulation of the parties is hereby accepted and the requested continuance is

4   GRANTED.  This matter shall be dropped from this court's October 6, 2016 criminal calendar and

5   re-calendared for status conference on November 3, 2016.

6          Based on the representations of the parties the court finds that the ends of justice served by

7   granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

8   Time is excluded from the time of the filing of this stipulation on October 3, 2016, through and

9   including November 3, 2016.

10         **IT IS SO ORDERED**.

11  Dated:  October 3, 2016

12                                              Troy L. Nunley
                                                United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.