J. EDWARD BROOKS, State Bar No. 247767
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:    (916) 504-0529
Facsimile:     (916) 473-5870
ebrooks@gavrilovlaw.com

Attorneys for Defendant
CRISANTO HERNANDEZ-UTRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00158-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| CRISANTO HERNANDEZ-UTRERA | Date:   January 12, 2017<br>Time:   9:30 a.m. |
| Defendant. | Judge:  Hon. Troy L. Nunley |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Timothy H. Delgado, Assistant United States Attorney, attorney for plaintiff, and J. Edward Brooks, attorney for defendant Crisanto Hernandez-Utrera, that the previously-scheduled status conference, currently set for January 9, 2017, be vacated and that the matter be set for status conference on March 2, 2017 at 9:30 a.m.

Counsel have conferred and this continuance is requested as there are no substantive issues to discuss at the status conference and the parties continue to evaluate discovery and resolution.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore

1.

be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 12, 2017, up to and including March 2, 2017.

IT IS SO STIPULATED.

Dated: January 10, 2017                               PHILLIP A. TALBERT
                                                      UNITED STATES ATTORNEY

                                            by:       /s/ Timothy H. Delgado
                                                      TIMOTHY H. DELGADO
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

Dated: January 10, 2017                               /s/ J. Edward Brooks
                                                      J. EDWARD BROOKS
                                                      Attorney for Defendant
                                                      CRISANTO HERNANDEZ-UTRERA

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's January 12, 2017 criminal calendar and re-calendared for status conference on March 2, 2017, at 9:30 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on January 12, 2017, through and including March 2, 2017.

**IT IS SO ORDERED**.

Dated: January 10, 2017

Troy L. Nunley
United States District Judge