J. EDWARD BROOKS, State Bar No. 247767
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:    (916) 504-0529
Facsimile:     (916) 473-5870
ebrooks@gavrilovlaw.com

Attorneys for Defendant
CRISANTO HERNANDEZ-UTRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00158-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE AND EXLCUDING TIME |
| v. | |
| CRISANTO HERNANDEZ-UTRERA | Date:    March 2, 2017<br>Time:    9:30 a.m. |
| Defendant. | Judge:  Hon. Troy L. Nunley |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Timothy H. Delgado, Assistant United States Attorney, attorney for plaintiff, and J. Edward Brooks, attorney for defendant Crisanto Hernandez-Utrera, that the previously-scheduled status conference, currently set for March 2, 2017, be vacated and that the matter be set for status conference on March 16, 2017 at 9:30 a.m.

Counsel have conferred and this continuance is requested as there are no substantive issues to discuss at the status conference and the parties continue to evaluate discovery and resolution.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore

1.

be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, March 2, 2017, up to and including March 16, 2017.

IT IS SO STIPULATED.

Dated: February 27, 2017                      PHILLIP A. TALBERT
                                              UNITED STATES ATTORNEY

                                        by:   /s/ Timothy H. Delgado
                                              TIMOTHY H. DELGADO
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

Dated: February 27, 2017                      /s/ J. Edward Brooks
                                              J. EDWARD BROOKS
                                              Attorney for Defendant
                                              CRISANTO HERNANDEZ-UTRERA

2.

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's March 2, 2017 criminal calendar and re-calendared for status conference on March 16, 2017, at 9:30 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on March 2, 2017, through and including March 16, 2017.

**IT IS SO ORDERED**.

Dated: February 28, 2017

Troy L. Nunley
United States District Judge